UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV02475 (RCL) |
| ) | |
| GIANT FOOD, INC.,[1] ) | |
| GIANT OF MARYLAND LLC, and ) | |
| AHOLD USA HOLDINGS, INC.,[2] ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Giant of Maryland LLC and Ahold USA, Inc. (collectively "Defendants") hereby move the Court for the entry of an Order extending the date by which Defendants must file an Answer or otherwise respond to Plaintiff's Complaint from February 28, 2006 to March 14, 2006. Defendants request this extension to investigate Plaintiff's allegations and prepare its Answer or otherwise respond to Plaintiff's Complaint. Defendants' counsel has conferred with Plaintiff's counsel about this matter, and Plaintiff's counsel has consented to the requested extension. Accordingly, Defendants respectfully request that this Court grant its Motion and extend Defendants' deadline for answering or otherwise

---

[1] This entity does not exist.
[2] The proper name of this entity is Ahold USA, Inc.

responding to Plaintiff's Complaint until March 14, 2006.

                                                            Respectfully submitted,

                                                            __/s/_____
                                                            Robert G. Ames, D.C. Bar No. 234393
                                                            Lesley A. Pate, D.C. Bar No. 485139
                                                            Venable LLP
                                                            575 7th Street, N.W.
                                                            Washington, D.C. 20004
                                                            (202) 344-4000
                                                            (202) 344-8300 (facsimile)

                                                            Counsel for Defendants