## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE,                )                                      | |
|                                )                                      | |
|     Plaintiff,    )                               | |
|                                )                                      | |
| v.                             )   No. 1:05CV02475 (RCL)              | |
|                                )                                      | |
| GIANT FOOD, INC.,              )                                      | |
| GIANT OF MARYLAND LLC, and     )                                      | |
| AHOLD USA HOLDINGS, INC.,      )                                      | |
|                                )                                      | |
|     Defendants.   )                               | |

### **ORDER**

Upon consideration of the Consent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this \_\_\_\_ day of February, 2006 hereby **ORDERED** that the Motion is **GRANTED** and that Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before March 14, 2006.

_____
The Honorable Royce C. Lamberth
United States District Judge