UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND CONTEE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2475 (RCL) |
| ) | |
| **GIANT FOOD, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the Consent Motion [2] for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is hereby

ORDERED that the Consent Motion [2] for an Extension of Time is GRANTED; and it is further

ORDERED that defendants shall answer or otherwise respond to plaintiff's complaint on or before March 14, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 24, 2006.