UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAYMOND CONTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05CV02475 (RCL) |
| | ) | |
| GIANT FOOD, INC., | ) | |
| GIANT OF MARYLAND LLC, and | ) | |
| AHOLD USA HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss or, in the Alternative, to Transfer, any opposition thereto, and the entire record in this case, it is this _____ day of _____, 2006, hereby ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue.

_____
The Honorable Royce C. Lamberth
United States District Judge