UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:05CV02475 (RCL) |
| | ) |
| GIANT FOOD, INC., | ) |
| GIANT OF MARYLAND LLC, and | ) |
| AHOLD USA HOLDINGS, INC., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss or, in the Alternative, to Transfer, any opposition thereto, and the entire record in this case, it is this _____ day of _____, 2006, hereby ORDERED that this action is transferred to the United States District Court for the District of Maryland (Southern Division).

_____
The Honorable Royce C. Lamberth
United States District Judge