# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV02475 (RCL) |
| ) | |
| GIANT FOOD, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ROBERT LICHT

I, Robert Licht, do solemnly swear and affirm that:

1. I am over the age of eighteen (18) and otherwise competent to give this Declaration. The information contained in this Declaration is based on my personal knowledge.

2. I am employed by The Stop & Shop Supermarket Company LLC ("Stop & Shop") as the Vice President of Business Law. In this position, I am responsible for overseeing the maintenance of the corporate records of Stop & Shop and certain of its parents, subsidiaries and affiliates, including Giant of Maryland LLC and Ahold U.S.A., Inc., and have knowledge of their corporate history and structure.

3. Giant of Maryland LLC is a Maryland limited liability company with its principal place of business in Maryland. Ahold U.S.A., Inc., formerly known as Ahold U.S.A. Holdings, Inc., is incorporated under the laws of Maryland.

4. On information and belief, prior to 1992, Giant Food, Inc. operated certain Giant Food stores in the Maryland, District of Columbia, and Virginia. In 1992, Giant

Food, Inc. transferred all of its operating assets to Giant of Landover, Inc. and became a holding company. Through a series of subsequent corporate transactions, Giant of Landover, Inc., merged into Giant of Maryland LLC. Since 1999, Giant of Maryland LLC has operated Giant Food stores.

5. In 2000, Giant Food, Inc. changed its name to Ahold U.S.A. Holdings, Inc. At that time, Ahold U.S.A. Holdings, Inc. was a wholly owned subsidiary of Ahold U.S.A., Inc., a Delaware corporation.

6. On December 5, 2005, Ahold U.S.A., Inc. and several other affiliates were merged into Ahold U.S.A. Holdings, Inc. and Ahold U.S.A. Holdings, Inc. changed its name to Ahold U.S.A., Inc., a Maryland corporation.

7. Both Ahold USA, Inc. and Giant of Maryland LLC are affiliates of Koninklijke Ahold N.V. (a.k.a. Royal Ahold, N.V.), a foreign corporation based in the Netherlands. Royal Ahold N.V. indirectly acquired Giant Food, Inc. in 1998.

I declare under penalty of perjury that the foregoing is true and correct.

_____          3/13/06
Robert Licht                                      Date