# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE,                )<br>                                                  )<br>            Plaintiff,                       )<br>                                                  )<br>v.                                              )<br>                                                  )<br>GIANT FOOD, INC., ET AL.,   )<br>                                                  )<br>            Defendants.                  )<br>_____) | No. 1:05CV02475 (RCL) |

## DECLARATION OF BART PLANO

I, Bart Plano, do solemnly swear and affirm that:

1. I am over the age of eighteen (18) and otherwise competent to give this Declaration. The information contained in this Declaration is based on my personal knowledge.

2. I am employed as a Fair Employment Senior Investigator and Compliance Analyst for Giant of Maryland LLC ("Giant"), a Maryland limited liability company with its principal place of business in Maryland.

3. The acts of discrimination and retaliation alleged by Plaintiff resulted from personnel decisions made, communicated, and implemented in Maryland.

4. Upon being promoted to the position of Produce Specialist, Giant assigned Plaintiff in September 2001 to Districts 1 and 2. District 1 contained eight (8) stores in Maryland and four (4) stores in the District of Columbia.

5. In July 2002, Giant reassigned Plaintiff to Districts 3 and 4, which contained 12 stores in Maryland and 11 stores in Virginia, respectively.

6. In early 2003, Plaintiff assumed the position of Non-Perishable Human Resources at Store 161, which is located near Gaithersburg, Maryland.

7. All meetings of Giant representatives regarding Plaintiff's alleged demotion or the evaluation of Plaintiff's performance in 2005 occurred in Maryland.

8. All of the documents and records relevant to Plaintiff's claims are located in Giant stores in Maryland or Giant's corporate headquarters in Landover, Maryland.

9. In January 2006, Giant transferred Plaintiff from Store 161 to Store 140. Store 140 is located in Hyattsville, Maryland.

10. The following employees or former employees of Giant possess information relevant to Plaintiff's claims in this action. The places of work and residence for these individuals are:

| Name | Current Place of Work | Location of Residence |
| --- | --- | --- |
| Raymond Contee | Hyattsville, Maryland | Upper Marlboro, Maryland |
| Kevin Hayes | Landover, Maryland | Manassas, Virginia |
| David White | Landover, Maryland | Ellicott City, Maryland |
| Robin Moran | Landover, Maryland | Marriottsville, Maryland |
| Rick Matthai | No longer employed by Giant | Fallston, Maryland |
| Ed Thomas | Gaithersburg, Maryland | Columbia, Maryland |
| Denny Betson | No longer employed by Giant | Walkersville, Maryland |
| Theodore Garrett | Landover, Maryland | Glendale, Maryland |

I declare under penalty of perjury that the foregoing is true and correct.

_____          3·6·06
Bart Plano                                                    Date