# EXHIBIT C

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 120-2002-11147 C |

_____ and EEOC
State or local Agency, if any

**Name** (Indicate Mr., Ms., Mrs.): **Mr. Raymond Contee**
**Home Phone No.** (Incl Area Code): **(301) 877-1555**
**Date of Birth**: **04-15-1959**

**Street Address** / **City, State and ZIP Code**: **11017 Ibis Lane Upper Marlboro, MD 20772**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: **GIANT FOODS**
**No. Employees, Members**: **201 - 500**
**Phone No.**: **(301) 341-4100**

**Street Address / City, State and ZIP Code**: **6900 Sheriff Road  Friendship, MD 20758**

**DISCRIMINATION BASED ON**:
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: **09-20-2002**   Latest: **09-20-2002**
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with the above-named company on August 15, 1982. On September 25, 2002, I was placed on 90-day probation and given an improvement plan. However, another similarly situated employee of a different class was provided with training, guidance, and other strategic plans to improve their performance.

II. Although I have complained to the company's EEO Officer, no action has been taken.

III. I believe that I have been disciplined in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

1-21-03       X Raymond Contee
Date            Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# State of Maryland
# Commission on Human Relations



**OFFICERS**
Henry B. Ford, Executive Director
J. Neil Bell, Deputy Director
Benny F. Short, Assistant Director
Glendora C. Hughes, General Counsel

**Governor**
Robert L. Ehrlich, Jr.
**Acting Chairperson**
Thomas B. Owen
**Vice-Chairperson**

**Commissioners**
Charles H. Cresswell
Barbara Dezmon, Ph.D.
Norman I. Gelman
John W. Hermina

AUG 07 2003

August 4, 2003

Raymond Contee
11017 Ibis Lane
Upper Marlboro, MD  20772

RE:  Raymond Contee vs. Giant Foods
FEPA #: A3-2336
EEOC #: 12020031147C

Dear Mr. Contee:

A copy of the charge of discrimination which was filed with the Equal Employment Opportunity Commission has been sent to this agency by EEOC pursuant to Section 706 of Title VII of the Civil Rights Act of 1964 as amended and/or the Age Discrimination in Employment Act. In accordance with Section 9 (a) of Article 49B of the Annotated Code of Maryland, the complaint is now considered filed with the Maryland Commission on Human Relations as of the date it was filed with EEOC.

**The Worksharing Agreement between the Equal Employment Opportunity Commission and the Maryland Commission on Human Relations provides that only one agency will investigate a charge to avoid duplication of effort. Therefore, we will not institute processing of this claim since the Equal Employment Opportunity Commission is investigating the complaint.**

[ ] WESTERN MARYLAND OFFICE
Potomac Plaza
44 N. Potomac St., Suite 103
Hagerstown, Maryland 21740
(301) 797-8521
(301) 791-3060 Fax

[ ] MAIN OFFICE
WILLIAM DONALD SCHAEFER TOWER
6 Saint Paul Street, 9th Floor
Baltimore, Maryland 21202-1631
(410) 767-8600  1-800-637-6247
(410) 333-1841 Fax
TTY for Deaf (410) 333-1737

[ ] EASTERN SHORE OFFICE
310 Gay Street, 2nd Floor
Cambridge, Maryland 21613
(410) 221-2565
(410) 221-2566 Fax

Home Page Address:
http://www.mchr.state.md.us

E-Mail Address:
mchr@mail.mchr.state.md.us

Raymond Contee vs. Giant Foods
Page 2


All correspondence concerning the investigation of the charge should be addressed to:

> Baltimore District Office of EEOC
> City Crescent Building
> 10 South Howard Street
> 3rd Floor
> Baltimore, Maryland 21201

Please reference your case number on all correspondence.

    All parties should, however, notify this agency and the EEOC of any address changes or changes in representation by attorneys. If it becomes appropriate for this agency to resume processing of the charge, it will be important to have accurate phone numbers and addresses.


                Sincerely,

                *Joann C. Cole/slf*

                Joann C. Cole
                Supervisor, Case Control

JCC/slf

cc:    Bart Plano, Fair Employment Specialist