# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| RAYMOND CONTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2475 |
| | ) | (RCL) |
| GIANT OF MARYLAND LLC | ) | |
| | ) | |
| Defendant. | ) | |

_____)

## ORDER

Defendants' motion to dismiss is denied.  Defendants' motion to transfer this case to the District of Maryland is also denied.

Defendant Giant of Maryland LLC, which is now the only defendant in this case under plaintiff's Amended Complaint, shall file an answer to the Amended Complaint within 10 days of this Order.

The scheduling conference contemplated by F.R.Civ.P. 16(b) shall be held on _____, 2006 at ____ _m.  The joint report and proposed scheduling order required by Local Rule 16.3(d) shall be submitted 10 days before the conference.


Date: _____

_____
UNITED STATES DISTRICT JUDGE