

| | 575 7th Street, NW<br>Washington, DC 20004-1601 | Telephone 202-344-4000<br>Facsimile 202-344-8300 | www.venable.com |

(202) 344-4840        rgames@venable.com

June 29, 2006

The Honorable Royce C. Lamberth
United States District Judge
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:  Raymond Contee v. Giant of Maryland LLC
           Civil Action No. 1:05CV02475

Dear Judge Lamberth:

      We would like to bring to the Court's attention a recent decision by Judge Kessler that is relevant to the pending Motion to Transfer filed by Giant of Maryland LLC ("Giant") in the above-referenced matter. Judge Kessler has transferred a race discrimination and retaliation lawsuit brought under 42 U.S.C. § 1981 against Giant to the United States District Court for the District of Maryland, finding that Giant's motion to transfer "must be granted because venue is proper in the District of Maryland and because the private interests of the parties and the interests of justice weigh in favor of transfer." Payne v. Giant of Maryland LLC, Civil Action No. 05-897 (GK), at 5. A copy of the decision is enclosed for the Court's convenience. Both Mr. Contee and Mr. Payne are represented by the law firm of Heller, Huron, Chertkof, Lermon, Simon & Salzman. Giant respectfully submits that Judge Kessler's analysis is equally applicable in this case. Thank you for your attention in this matter.

                        Sincerely,

                        Robert G. Ames

cc:    Douglas B. Huron
       Stephen Z. Chertkof
       Tammany M. Kramer