UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV02475 (RCL) |
| ) | |
| GIANT OF MARYLAND LLC, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STRIKE PLAINTIFF'S
## RESPONSE TO NOTICE OF AUTHORITY

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Giant of Maryland LLC ("Giant") hereby moves to strike Plaintiff's Response to Notice of Authority. In support of its Motion, Giant respectfully refers the Court to its Memorandum in Support.

Respectfully submitted,

/s/
Robert G. Ames, D.C. Bar No. 234393
Lesley A. Pate, D.C. Bar No. 485139
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Giant of Maryland LLC

## CERTIFICATION PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), I hereby certify that on July 7, 2006, counsel for Giant conferred via telephone with opposing counsel regarding this matter. Plaintiff's counsel would not agree to withdraw Plaintiff's Response to Notice of Authority or consent to Giant's Motion to Strike. Counsel for Giant has made a good faith effort to resolve the matter at issue.

_____
Lesley A. Pate