UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:05CV02475 (RCL) |
| GIANT OF MARYLAND LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Giant of Maryland LLC's Motion to Strike Plaintiff's Response to Notice of Authority and any opposition thereto, it is this ____ day of July 2006 hereby ORDERED that:

1. Giant of Maryland LLC's Motion to Strike is GRANTED; and

2. Plaintiff's Response to Notice of Authority shall be and is STRIKEN.

_____
Royce C. Lamberth
United States District Judge