UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAYMOND CONTEE | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2475 (RCL) |
| GIANT OF MARYLAND LLC | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE**

On June 29, 2006 defendant advised the Court of Judge Kessler's recent decision in *Payne v. Giant of Maryland LLC*, No. 05-897, and plaintiff responded on July 5. Now Giant has moved to strike plaintiff's response. That motion is spurious.

Giant says first that nothing in the rules governing this Court permits the filing of a response to a Notice of Authority. That is true, but no rule expressly permits the notice, either. Rather, it simply makes sense to direct the Court's attention to new cases that arguably are relevant to a pending dispute.

The proper analogue is FRAP 28(j), which permits a party in the Court of Appeals to submit a short notice of new authority after briefing – and also permits the other party to file a short response. This Court employs the same practice of notice-and-response. See, e.g., *Murphy v. PricewaterhouseCoopers, LLP*, No. 05-1054 (D.D.C.), Docket Entries 31-32.

FRAP 28(j) does not, however, provide for a reply by the party who filed the Notice of Authority, and neither should this Court. Instead, Giant has filed this ill-conceived motion in a transparent attempt to make factual assertions – having **no** basis in the record – about the reasons for plaintiff's territorial reassignment away from a territory that included stores in D.C. In these

circumstances, one would hope that Giant will have the grace to refrain from filing a reply to this opposition.

    The motion to strike should be denied.

                                                                                                 /s/

                                                Douglas B. Huron   89326
                                              Stephen Z. Chertkof   451713
                                               Tammany M. Kramer   483146
                                             HELLER, HURON, CHERTKOF
                                             LERNER, SIMON & SALZMAN
                                             1730 M Street, NW
                                             Suite 412
                                             Washington, DC  20036
                                             (202) 293-8090

                                             Attorneys for plaintiff