UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIANT OF MARYLAND LLC ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-2475 <br> (RCL) |

**ORDER**

Defendant's motion to strike Plaintiff's Response to Notice of Authority is denied.

Date: _____                    _____
                                                                    UNITED STATES DISTRICT JUDGE