UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE,               )<br>                               )<br>        Plaintiff,             )<br>                               )<br>v.                             )<br>                               )<br>GIANT OF MARYLAND LLC,         )<br>                               )<br>        Defendant.             )<br>_____) | No. 1:05CV02475 (RCL) |

**REPLY TO OPPOSITION TO MOTION TO STRIKE
PLAINTIFF'S RESPONSE TO NOTICE OF AUTHORITY**

Although Plaintiff characterizes Giant's Motion as "ill-conceived" and "transparent," he does not – and cannot – dispute that he filed his Response to Giant's Notice of Authority without seeking leave of court. Indeed, Plaintiff concedes in his Opposition that the rules governing this Court do not expressly permit the filing of a response to the Notice of Authority. Plaintiff could and should have moved for leave to file his Response. He did not, however, do so. Under these circumstances, allowing Plaintiff's Response to stand would reward him for circumventing the rules. Therefore, Giant respectfully requests that the Court grant its Motion to Strike.

Respectfully submitted,

/s/
Robert G. Ames, D.C. Bar No. 234393
Lesley A. Pate, D.C. Bar No. 485139
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)

Counsel for Giant of Maryland LLC