UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND CONTEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-02475 (RCL) |
| | ) |
| GIANT OF MARYLAND, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of defendant's motion [12] to strike plaintiff's response to Notice of Authority, the applicable law, and the entire record herein, it is hereby

ORDERED that defendant's motion is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, U.S. District Judge, August 17, 2006.